1 BENJAMIN B. WAGNER
United States Attorney
2 TODD A. PICKLES
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2766
Facsimile: (916) 554-2900
5 Email: todd.pickles@usdoj.gov

6 Attorneys for the United States of America

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 EILEEN RODRIGUEZ, DELFINO RODRIGUEZ III, KELLIE BRANSCUM, and 12 KERRIE RODRIGUEZ,<br>13 Plaintiffs,<br>14 v.<br>15 UNITED STATES OF AMERICA,<br>16 Defendant. | CASE NO. 2:09-CV-00946-FCD-DAD<br><br>**STIPULATION AND ORDER CONTINUING DATES FOR EXPERT DISCLOSURES AND DISCOVERY** |

17

18 Defendant the United States of America and Plaintiffs Eileen Rodriguez, *et al.*, through their

19 respective counsel, hereby submit the following stipulation to continue the dates for the disclosure of

20 and discovery of experts in this matter.

21 **RECITALS**

22     1.     By order of this Court, the following dates govern expert discovery:

23 •     March 1, 2010 is the deadline for Plaintiffs to disclose the identify of their experts and

24     any reports required under Rule 26(a)(2) of the Federal Rules of Civil Procedure;

25 •     The United States' Rule 26(a)(2) expert disclosures are due on or before March 31, 2010;

26 •     Supplemental disclosures are due on May 3, 2010; and

27 •     Expert discovery is set to close on June 30, 2010.

28 *See* July 7, 2009 Status (Pretrial Scheduling) Order, [Docket No. 7].

Stipulation re Continuing Discovery Dates     -1-

2. Plaintiffs' counsel and/or the experts Plaintiffs intend to disclose have limited availability over the next few weeks to prepare their disclosures.

3. Based on the foregoing, the parties agree that it is in the interests of the efficient management of this case that all dates relating to expert disclosures, including supplemental disclosures and the cut-off of discovery, be continued fourteen (14) days.

4. This is the first extension the parties have sought with respect to discovery in this matter.

## **STIPULATION**

Accordingly, based upon the foregoing recitals, the parties hereby STIPULATE that:

1. The dates for expert disclosures and discovery shall be continued fourteen (14) days, with the resulting schedule that:

- Plaintiffs' Rule 26(a)(2) expert disclosures are due on or before **March 15, 2010**;
- The United States' Rule 26(a)(2) expert disclosures are due on or before on or before **April 14, 2010**;
- Supplemental disclosures shall be on or before **May 15, 2010**; and
- Expert discovery shall close on **July 14, 2010**.

2. All other requirements regarding the disclosure of expert witnesses as set forth in the Court's July 7, 2009 Status (Pretrial Scheduling) Order shall remain in place and are otherwise unaffected by this Stipulation.

3. All other pretrial and trial dates as set forth in the Court's July 7, 2009 shall remain in place and are otherwise unaffected by this Stipulation.

**IT IS SO STIPULATED.**

BENJAMIN B. WAGNER
United States Attorney

Date: February 18, 2010

By: */s/ Todd Pickles*
Todd A. Pickles
Assistant United States Attorney

Attorneys for the United States of America

Stipulation re Continuing Discovery Dates            -2-

|   |   |
|---|---|
| LAW OFFICES OF THOMAS J. McDONNELL | |
| Date: February 18, 2010 | By:   */s/ Thomas J. McDonnell*<br>Thomas J. McDonnell<br>Attorneys for Plaintiffs |

**ORDER**

Having read and considered the parties' Stipulation to Continue Expert Disclosure and Discovery Dates, and for good cause showing, IT IS HEREBY ORDERED THAT:

1. The parties' Stipulation is **ADOPTED** and the expert disclosure and discovery dates set forth in this Court's July 7, 2009 Status (Pretrial Scheduling) Order are **CONTINUED** fourteen (14) days.

2. All other requirements regarding the disclosure and discovery of experts as set forth in this Court's July 7, 2009 Order remain in place.

3. All other pretrial and trial dates set forth in the July 7, 2009 Order remain in place.

**IT IS SO ORDERED**.

Date: February 19, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE